**Richard Donald LAWLER,
Plaintiff–Appellant**

**v.**

**MISSISSIPPI DEPARTMENT OF CORRECTIONS; Luther Thaxton, Individually and in his Official Capacity, Defendants–Appellees.**

No. 08–60052

Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Jan. 15, 2009.

Richard Donald Lawler, Columbia, MS, pro se.

Before JOLLY, BENAVIDES, and HAYNES, Circuit Judges.

PER CURIAM: *

Richard Donald Lawler, Mississippi prisoner # 54271, filed the instant § 1983 to seek redress for alleged acts of extortion committed by a prison official. Lawler failed to properly and timely effect service, and the district court dismissed his suit for want of prosecution. Lawler appeals that dismissal. He argues that the dismissal of his suit was improper because his pro se status has resulted in several barriers to service and that the district court should have aided him in his attempts to serve the defendants. Lawler has not shown that the district court abused its discretion by dismissing his suit. *See Systems Signs Supplies v. United States Dep't of Justice,* 903 F.2d 1011, 1013 (5th Cir.1990). Consequently, the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.